**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jennifer A. Jarratt aka Jennifer Ann Jarratt aka Jennifer Jarratt | CHAPTER 13 |
| Debtor(s) | BKY. NO. 24-10474 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Deutsche Bank National Trust Company as Trustee for HarborView Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2007-2 and index same on the master mailing list.

Respectfully submitted,


/s/ Mark A. Cronin
Mark Cronin
22 Feb 2024, 10:13:41, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322