*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Jennifer A Jarratt
    Debtor(s)

Case No: 24–10474–amc
Chapter: 13

_____

### *STATUS HEARING*

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a Status hearing will be held before the Honorable Ashely M. Chan ,

United States Bankruptcy Court

on 3/5/24 at 11:00 AM , in HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003 .

Call 1–877–873–8017 access code: 3027681

For The Court

Timothy B. McGrath
Clerk of Court

18
Form 150