UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 24-10474-amc

Jennifer A Jarratt  Chapter 13

    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), AmeriCredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    AmeriCredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By /s/ Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                          Bankr. Case No. 24-10474-amc

Jennifer A Jarratt                                                                                           Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on February 28, 2024 :

    MARK A BERENATO                        Kenneth E West
    391 Wilmington Pike, PMB 264         Office of the Chapter 3 Standing Trustee
    Glen Mills, PA 19342                      1234 Market Street Ste 1813
                                                        Philadelphia, PA 19107

                                                        By /s/ Mandy Youngblood
                                                               Mandy Youngblood

xxxxx12184 / 1087901